IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Kawania

Printed: 12/28/07

Case Number: 06 B 13691
Judge: Squires, John H
Filed: 10/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 7, 2007
Confirmed: January 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,224.00 |  |
| Secured: |  | 2,536.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,466.96 |
| Trustee Fee: |  | 220.72 |
| Other Funds: |  | 0.00 |
| Totals: | 4,224.00 | 4,224.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 1,466.96 |
| 2. | United Auto Credit | Secured | 8,881.76 | 2,364.06 |
| 3. | Monterey Financial Services | Secured | 181.59 | 172.26 |
| 4. | Loan Express Company | Unsecured | 14.60 | 0.00 |
| 5. | Orthopedic Rehab Svc, Ltd | Unsecured | 104.55 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 59.99 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 1.77 | 0.00 |
| 8. | America's Financial Choice Inc | Unsecured | 35.90 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 157.88 | 0.00 |
| 10. | Aronson Furniture Company | Unsecured | 62.45 | 0.00 |
| 11. | Norwegian American Hospital | Unsecured |  | No Claim Filed |
| 12. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | SBC | Unsecured |  | No Claim Filed |
| 15. | Sprint | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,854.49 | $ 4,003.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 59.14 |
| 5.4% | 161.58 |
|  | _____ |
|  | $ 220.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Smith, Kawania | Case Number:  06 B 13691 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  10/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

